IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **AKORBI BPO, LLC and** § <br> **ELAHI ENTERPRISES, INC,** § <br> § <br> **Plaintiffs and** § <br> **Counter Defendants,** § <br> § <br> v.   § <br> § <br> **GROCERY DELIVERY** § <br> **E-SERVICES USA, INC., D/B/A** § <br> **HELLOFRESH,** § <br> § <br> **Defendant and** § <br> **Counter Claimant** § <br> § | **CASE 4:21-cv-00141** |

**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**

Plaintiffs Akorbi BPO, LLC and Elahi Enterprises, Inc. (jointly, "Plaintiffs"), and Defendant Grocery Delivery E-Services USA, Inc., doing business as HelloFresh ("HelloFresh"), (collectively, the "Parties") hereby move the Court for an order dismissing the entire action, including the claims brought by Plaintiffs and the counterclaims brought by HelloFresh, with prejudice as to the refiling of same. In support of the Motion, the Parties state as follows:

1. On December 7, 2022, the Parties entered into a confidential settlement agreement (the "Agreement"), the terms of which are satisfactory to the Parties.

2. The Parties have performed some of their obligations under the terms of the Agreement.

Therefore, the Parties respectfully request that the Court dismiss this case with prejudice as to the refiling of same.  However, the parties may initiate any action to enforce any provisions of the parties' Agreement.  In addition, the Court shall retain jurisdiction over this case for purposes of enforcing the parties' Agreement.

-2-

**Dated: January 12, 2023**.

Respectfully submitted,

| FOR THE PLAINTIFFS: | FOR THE DEFENDANT: |
|---|---|
| /s/*Melissa A. Miles* | */s/Shannon Z. Petersen* |
| Lawrence J. Friedman | Shannon Petersen (pro hac vice) |
| Texas Bar No. 07469300 | Lisa Yun Pruitt (pro hac vice) |
| lfriedman@fflawoffice.com | **Sheppard Mullin Richter & Hampton LLP** |
| James R. Krause | 12275 El Camino Real, Suite 200 |
| Texas Bar No. 11714525 | San Diego, California 92130-4092 |
| Email: jkrause@fflawoffice.com | Telephone: (858) 720-8900 |
| Melissa A. Miles | spetersen@sheppardmullin.com |
| Texas Bar No. 90001277 | lpruitt@sheppardmullin.com |
| Email: mmiles@fflawoffice.com | |
| **FRIEDMAN & FEIGER, L.L.P.** | Aimee C. Oleson |
| 5301 Spring Valley Road, Suite 200 | Texas Bar No. 24036391 |
| Dallas, Texas 75254 | 2200 Ross Avenue, 20th Floor |
| Tel: (972) 788-1400 | Dallas, Texas 75201 |
| Fax: (972) 788-2667 | Tel. (469) 391-7400 |
| 5301 Spring Valley Road | Fax (469) 391-7401 |
| Suite 200 | aoleson@sheppardmullin.com |
| Dallas, Texas 75254 | |
| (972) 788-1400 (Telephone) | **ATTORNEYS FOR DEFENDANT** |
| (972) 788-2667 (Telecopier) | **GROCERY DELIVERY E-SERVICES** |
| | **USA INC. DBA HELLOFRESH** |
| **ATTORNEYS FOR PLAINTIFFS AKORBI BPO, LLC AND ELAHI ENTERPRISES, INC.** | |