# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **AKORBI BPO, LLC and** § <br> **ELAHI ENTERPRISES, INC,** § <br>  § <br> Plaintiffs and § <br> Counter Defendants, § <br>  § <br> v. § <br>  § <br> **GROCERY DELIVERY** § <br> **E-SERVICES USA, INC., D/B/A** § <br> **HELLOFRESH,** § <br>  § <br> Defendant and § <br> Counter Claimant § <br>  § | **CASE 4:21-cv-00141** <br> **Judge Mazzant** |

## ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Before the Court is the Parties' Joint Motion for Dismissal with Prejudice filed by Plaintiffs Akorbi BPO, LLC and Elahi Enterprises, Inc. and Defendant Grocery Delivery E-Services USA, Inc., doing business as HelloFresh. Having considered the motion, the Court finds that the motion should be, and hereby is, GRANTED.

It is therefore ORDERED that the above-entitled action, including the claims in Plaintiffs' Complaint and the counterclaims brought by Defendant, is dismissed with prejudice as to the refiling of same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED this 13th day of January, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE